**Jennifer Gayle LEAHY, Petitioner–Appellant,**

v.

**Teena FARMON, Warden, Respondent–Appellee.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. 28 U.S.C. § 2254(d)(1).

2. *Estelle v. McGuire*, 502 U.S. 62, 67–68, 112 S.Ct. 475, 116 L.Ed.2d 385 (1991).

**No. 01–17467.***

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2002.

Withdrawn from Submission Dec. 9, 2002.

Resubmitted April 3, 2003.**

Decided Dec. 16, 2004.

Jennifer Gayle Leahy, Chowchilla, CA, pro se.

Michael E. Banister, DAG, Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: BALDOCK,*** KLEINFELD, and RAWLINSON, Circuit Judges.****

MEMORANDUM *****

Petitioner Jennifer Gayle Leahy, and her co-defendants Richard Kesser and Stephen Chiara, were convicted in California state court of first degree murder with special circumstances and sentenced to life imprisonment without the possibility of parole. *See* Cal.Penal Code §§ 187(a), 190.2(a)(1), (a)(15). The California Court of Appeal affirmed, *People v. Chiara*, No. 93DA1422 (Cal. Ct.App., filed Dec. 12, 1995), and the California Supreme Court denied review. *People v. Chiara*, Nos.

A060502, S051306 (Cal., filed March 14, 1996).

Petitioner thereafter petitioned the federal district court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The district court denied the petition, *Leahy v. Farmon*, 177 F.Supp.2d 985 (N.D.Cal. 2001), and granted a Certificate of Appealability on one issue: Whether Petitioner's equal protection rights as enunciated in *Batson v. Kentucky*, 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986), were violated when the prosecutor peremptorily challenged three Native Americans from the venire. *See* 28 U.S.C. § 2253(c).

The facts and legal issues in this appeal are identical to those discussed and resolved in *Kesser v. Cambra*, No. 02–15475, 2004 WL 290976 (9th Cir.2004) (published disposition), filed concurrently with this Memorandum Order. For the reasons stated in that opinion, the judgment of the district court denying Petitioner a writ of habeas corpus is

AFFIRMED.

RAWLINSON, Circuit Judge, dissenting.

I dissent for the reasons stated in my dissent to the opinion filed in *Kesser v. Cambra*, No. 02–15475, 2004 WL 2903976.

---

* Decided and filed together with the companion case of *Kesser v. Cambra*, No. 02–15475, 2004 WL 290976 (9th Cir.2004) (published disposition).

** This appeal was withdrawn from submission pending the Supreme Court's decision in *Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). This Memorandum was circulated to the panel on October 23, 2003.

*** The Honorable Bobby R. Baldock, Senior United States Court of Appeals Judge for the Tenth Circuit, sitting by designation.

**** The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

***** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.